# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Western Division

Susan Ross, et al.
                              Plaintiff,

v.                                              Case No.: 3:15−cv−50204
                                                Honorable Philip G. Reinhard

Stellar Recovery, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 9, 2015:

MINUTE entry before the Honorable Philip G. Reinhard: Pursuant to stipulation to dismiss [18] this case is dismissed with prejudice. Each party to bear their own fees and costs associated with this action. Any pending motions and deadlines are moot and all previously scheduled hearings are canceled. Civil case terminated. Mailed notice (ngm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.